**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STEPHEN DANIEL LEMIEUX,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA WHITE HOUSE,<br><br>                    Defendant. | Case No. 24-cv-1056 (JMC) |

## MEMORANDUM OPINION

On April 12, 2024, pro se Plaintiff Stephen Daniel Lemieux filed a civil complaint against Defendant United States of America White House. ECF 1. On April 16, 2024, this Court dismissed his complaint without prejudice for failure to comply with Federal Rule of Civil Procedure 8(a)(2). ECF 2; ECF 3. Plaintiff was granted leave to amend his complaint by May 16, 2024, and this Court warned Plaintiff that the action could be dismissed "if he d[id] not file an amended complaint within that timeframe." ECF 2 at 2 (citing *Brown v. WMATA*, 164 F. Supp. 3d 33, 35 (D.D.C. 2016)). Plaintiff's deadline to file an amended complaint has come and gone, but Plaintiff has not filed an amended complaint, so the Court will now **DISMISS** this action and order that the case be terminated. A separate order accompanies this memorandum opinion.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: May 23, 2024

1